IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-41227
Summary Calendar
_____

BARBARA GUNERATNE,

Plaintiff-Appellant,

versus

ST. MARY'S HOSPITAL,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-95-CV-676
- - - - - - - - - -
June 18, 1997

Before  Wisdom, King, and Smith, Circuit Judges.

PER CURIAM:[*]

Barbara Guneratne filed this action against St. Mary's Hospital alleging that the hospital unlawfully discriminated against her in violation of Title VII of the Civil Act of 1964, 42 U.S.C. §§ 12101-12117, and 12201-12213 (also known as the Americans with Disability Act), and in violation of the Rehabilitation Act of 1973.  Guneratne also asserted a claim for

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

retaliation in violation of the Texas Worker's Compensation Act. The district court granted summary judgment in St. Mary's favor and dismissed all claims. Guneratne appeals.

Guneratne contends that district court erred in finding that she was unable to perform the essential functions of a clinical nurse and that the hospital could not make a reasonable accommodation for her. We have reviewed the record de novo and agree with the district court's analysis. Accordingly, we AFFIRM for the reasons stated by the district court. See Guneratne v. St. Mary's Hospital, No. G-95-676 (S.D. Tex. Nov. 1, 1996).